*[handwritten at top:] (Attn: Please) attach this letter to the Justice(s) of the Court in Regards to this Request for Counsel - and to Due*

*[left margin handwritten:] SH 11/19/07 Pege #1 6PP*

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name **HAZELAAR   LARRY   J.**
         (Last)            (First)         (Initial)

*[handwritten:] §550  FILED  NOV ?? 2007  RICHARD W. WIEKING  U.S. DISTRICT COURT  NORTHERN DISTRICT OF CA*

E-filing

Prisoner Number **N/A**

~~Institutional Address~~ *No Institutional address*:
Address: **115 "D" Coral Street - Santa Cruz, California - # 95060-2104**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

**Larry Joseph Hazelaar**
(Enter the full name of plaintiff in this action.)

vs.

**The Santa Clara County Public Defenders Office, 120 Mission Street San Jose, California #95110**
(Enter the full name of the defendant(s) in this action)

Case No. **07 ____** (handwritten markings) **SI** **(PR)**

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

DEC - 3 2007

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.   **Exhaustion of Administrative Remedies**

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.   Place of present confinement **- NO Confinement, was freed by a Santa Clara Co. Superior Court - Jan. 8, 2004**

B.   Is there a grievance procedure in this institution?
     YES ( )      NO **(X)**

C.   Did you present the facts in your complaint for review through the grievance procedure?
     YES ( )      NO **(X) Presented in Habeas Corpus Form!**

D.   If your answer is YES, list the appeal number and the date and result of the appeal at

COMPLAINT                                    - 1 -

*[handwritten at bottom:] To the Court and/or the Clerk, if any further needed - copies, other forms let me know - I am in Pro-Per - (really I am not Paper) The Compensation I want is twenty Million dollars*

*JH*
*11/19/07*
*Pg. (2)*

*[Left margin handwritten note:] This Appeal to the Cal. Supreme Court - Denied hearing + not Immediate (inclicable) All appeals were denied. (in Habeas Corpus)*

1  each level of review. If you did not pursue a certain level of appeal, explain why.
2  1. Informal appeal ___N/A___
3  
4  *(Below Appeals were done in Pro-Per)*
5  2. First formal level ___~~first~~ Appeal to the___
6  ___Sixth District Appellate Court - San___
7  ___Jose - #H023457 Santa Clara Co. #CC068592___
8  3. Second formal level ___United States District Court___
9  ___Case # CV 03V-04460 SI - Hazelaar___
10  ___V - Hunter___
11  4. Third formal level ___US Court of ~~Appeal~~ for the___
12  ___9th Circuit - No. 06-16636-DC, No. CV___
13  ___03-04460-SI; For 9th Circuit Kozinski___
14  ___and McKeown, Circuit Judges;___
15  Is the last level to which you appealed the highest level of appeal available to you?
     YES ( )    NO (X) *(US Supreme Court would be*
16  F.  If you did not present your claim for review through the grievance procedure, explain *(highest - unable to pursue, do to Illness)*
17  why. ___only aforementioned appeals mentioned!___
18  
19  
20  II. Parties *(I am Not Incarcerated, as said*
21  A.  Write your name and your present address. Do the same for additional plaintiffs, if any. *below Address and Phone #)*
22  ___Larry J. Hazelaar - 115 "D" Coral___
23  ___St - Santa Cruz, CA. #95060-2104___
24  ___Phone 321-482-4794___
25  B.  Write the full name of each defendant, his or her official position, and his or her place of
26  employment.
27  ___Dep. Public Defender Edward Nino - Deputy___
28  ___Public Defender Seth Flaggsburg - and or___
___the County of Santa Clara public Defenders___
COMPLAINT ___Office;___            - 2 -

*These individuals plead me guilty (Mr Nino in Particular) to a charge "unauthorized use of tear gas", without consulting me - without reading the police report - without speaking to the complaint who*

11/19/07

pg #3

would have said I was not guilty to this charge, that eventually I was sent to state prison, and incarcerated for 5½ years. The probation report, other reports are lies and can be proven so this whole proceeding were a complete sham. The Judge, the DA knew I wasn't guilty & did nothing — this my civil rights lawsuit

III. Statement of Claim

$20,000,000 twenty millions dollars

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

The date(s) involved in the matter was initially Apr. 13, 2000 (the arrest). I did not plead guilty knowingly to this felony. The cannister was never tested to know if it was an illegal substance — witness lied — Doctors lied, there are so many lies, the only way to determine the truth would be a trial where all of these individuals were brought to court, put on the stand and cross examined, then the truth would be clear. I was not ever guilty of this felony charge that I spent 5½ years in custody for. In this matter I definitely ask the court for appointment of counsel.

IV. Relief

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

I want the Court to appoint me counsel, so I can prepare for a jury trial. I ask the court to give me permission to sue for civil rights violation(s). The specific relief would be twenty million dollars, for extensive psycical and emotional pain suffered within this period of incarceration of 5½ years for something I didn't do and they were aware of that prior to sending me

COMPLAINT

P4
11/19/07
Page
#4

of what I was being plead to, all of what I say is completely provable in a court of law. I need an attorney help to prepare me & the courts permission.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of Monday Nov. 19 20 07

_Danny J. Hozelaar_
(Plaintiff's signature)

COMPLAINT                                        - 4 -

Page #1
Monday
November
19, 2007

H
11/19/07

Frank Lowry
115 "D" Coral St.
Santa Cruz, CA #95060-2104

To The applicable Justice(s) in the applicable Department and or Court:

Realizing your busy with your calendars I will attempt to make this short, I can't type, so please excuse my writing and some grammer.

Some of what I had to say about this has been said in the form attached, at this time I am inclined to send this matter to the Federal Court in San Jose CA, as this is where the injustices occured; I am going to phone Mr John Hannon, 716 Capitola Ave, Capitola CA. 831-476-8005 (Thats in Santa Cruz, CA) and ask him where this should be filed, I would ask the Court Clerk to contact me if there is another form needed, or further copies. Etc, also I would ask for an extension, as Mr Hannon let it go past Xmas.

(Continued on Page #2) to get to my point(s) I was illegally incarcerated for five and a half years for some thing I was not guilty of, they knew this from the start, never spoke to me regarding the case, Just went in an plead me guilty — I didn't even realize what I was being plead

Page #2
11/19/07
JH

to, I was initially given probation, I missed an appointment or something and was violated and sent to state prison. This doesn't change there own culpability in not doing any reference or checking. The reason, after speaking to the attorney I wish to sue the public defenders office of Santa Clara Co. is because they didn't even read the police report, speak to the complaint in this case, both would have shown that I was not guilty as to the felony — nothing was done as it should have been done — this inaction resulted in me losing five and a half years of my life — much physical, and especially mental and emotional suffering — IE depression and anxiety, that I actually can't convey through writing on a piece of paper; it's that deep and that painful. As far as compensation no amount of money can bring my life back, the things I lost are material, others in a relationship, such as family etc. can't be brought back, ever again. These individuals showed a reckless disregard for making sure the right thing was done and the true facts even examined, they did nothing.

(Cont'd on page #3)

Page 3
11/19/07
JH

Everything I say (every word, allegation) is completely true, in fact its even worse then I've described here. Lies in Probation reports — misquotations, more lies and embellishments, its real bad, anyone can say anything, but I can disprove it if just given the chance in a Court of law, preferably in front of a Jury. Everything I say is true and more so — thus my civil rights have been extremely violated, to a serious degree — I just ask for a chance to litigate it!

The only thing I am going to ask the court is for a chance, a Chance it would seem to me Constitutionally any Citizen of the United States of America should and usually does get, afforded. (The current attorney I originally contacted in Jan. 07, doesn't seem to be able to do anything) (past 6 mos)

I Cannot do this myself; I ask the court to appoint me Counsel at least. I am — I will be asking the court to permit me to sue — However if the Court could just appoint me Counsel, this matter could be developed and I could also aid in my own defence — I believe in my case I've shown I have grounds — Please give me a chance and appoint me Counsel.

Respectfully Submitted
Barry J
Haglund

Page 8
11/9/07
ft

From Larry Hazegawe
115 "D" Coral St
Santa Cruz, CA. #95060-2104

Separate Note for the, to The Clerk of The Court:

If this petition requires more copies and/or a different type of form(s) please forward same and/or let me know anything I can do.

In an individual letter to the applicapable Justice(s) I mentioned this. Also I am at this time proceeding in pro-per, I have asked The Justice(s) to at least appoint me counsel, I certainly need help with this lawsuit and hope they do, my case is very strong and the issues are all true, and I think deserve a chance to be litigated. I cannot do this myself, I simply don't have enough legal training. However I am very sure and focused on one of the main issues, I was unknowingly plead guilty to something I absolutely wasn't guilty of and to make it worse they should have known that — they just didn't check the reports or speak to the complaint — let me know of anything I can do, at the present time, any information regarding me filing the lawsuit

Sincerly
Larry
Hazegawe