**United States District Court**
For the Northern District of California

1

2

3

4

5          UNITED STATES DISTRICT COURT

6          NORTHERN DISTRICT OF CALIFORNIA

7

8   LARRY JOSEPH HAZELAAR,                    No. C 07-6079 SI (pr)

9              Plaintiff,                     **JUDGMENT**

10        v.

11  SANTA CLARA COUNTY PUBLIC
    DEFENDER'S OFFICE; et al.,
12
              Defendants.
13  _____/

14
         This action is dismissed for failure to state a claim upon which relief may be granted.
15

16

17       IT IS SO ORDERED AND ADJUDGED.

18

19  Dated: December 4, 2007          _____
                                              SUSAN ILLSTON
20                                      United States District Judge

21

22

23

24

25

26

27

28